UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELLE COLLINS, | No. 2:16-cv-2725 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER AND |
| MERCY GENERAL HOSPITAL, et al., | ORDER TO SHOW CAUSE |
| Defendants. | |

Plaintiff is proceeding in this action pro se. Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21).

Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

In the complaint, plaintiff complains about alleged wrongful conduct undertaken by defendants in a state court action, which action appears to have been one for medical malpractice. The complaint, however, does not allege a basis for subject matter jurisdiction in this court other than citing "federal question" jurisdiction, without setting a proper basis therefor. The federal courts are courts of limited jurisdiction. In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue. Because there is no basis for federal subject

matter jurisdiction evident in the complaint, and diversity jurisdiction is lacking, plaintiff will be ordered to show cause why this action should not be dismissed. Failure to allege a proper basis for subject matter jurisdiction will result in a recommendation that the action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted;

2. No later than December 14, 2016, plaintiff shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

Dated:  December 1, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 collins2725.ifp.nosmj

2